IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00403-RPM

PETER JOSETTI,

    Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY CORPORATION,
SCHLUMBERGER GROUP WELFARE BENEFITS PLAN,
ADMINISTRATIVE COMMITTEE SCHLUMBERGER GROUP WELFARE BENEFITS PLAN,
SCHLUMBERGER MASTERHEALTH CARE TRUST,
LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz

    The joint motion to vacate this Court's order to file a joint statement re: discovery and notification of settlement [13] filed April 9, 2014, is granted.  The parties shall file a stipulation of dismissal on or before May 10, 2014.

DATED: April 10, 2014