IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. I: 14-cv-00403-RPM

PETER JOSETTI,

    Plaintiff,

v.

SCHLUMBERGER TECHNOLOGY CORPORATION, SCHLUMBERGER GROUP WELFARE BENEFITS PLAN, ADMTNISTRATIVE COMMITTEE SCHLUMBERGER GROUP WELFARE BENEFITS PLAN, SCHLUMBERGER MASTER HEALTH CARE TRUST, LIFE JNSUR.ANCE COMPANY OF NORTH AMERICA,

    Defendants.

___

### AGREED ORDER OF DISMISSAL WITH PREJUDICE
___

The Court, having reviewed the Agreed Motion to Dismiss with Prejudice filed by Plaintiff Peter Josetti and Defendants Schlumberger Technology Corporation, Schlumberger Group Welfare Benefits Plan, Administrative Committee Schlumberger Group Welfare Benefits Plan, Schlumberger Master Health Care Trust, and Life Insurance Company of North America is of the opinion that the Motion should be and is hereby GRANTED.

Accordingly, IT IS ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims and causes of action against Defendants are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear its own costs and attorneys' fees.

SIGNED this 9th day of May, 2014.

                                            s/Richard P. Matsch
                                            _____
                                            UNITED STATES DISTRICT COURT JUDGE